UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUEPRINT HEALTHCARE REAL ESTATE ADVISORS LLC, a Delaware limited liability corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.<br>)<br>) |
| SAFANAD SENIOR CARE INVESTMENT PARTNERSHIP V, L.P., a Delaware limited partnership, | )<br>)<br>)<br>) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, BLUEPRINT HEALTHCARE REAL ESTATE ADVISORS, LLC ("Blueprint Healthcare" or "Plaintiff"), by its attorneys, Golan Christie Taglia LLP, complains against the Defendant, SAFANAD SENIOR CARE INVESTMENT PARTNERSHIP V, L.P. ("Safanad" or "Defendant"), and in support thereof states as follows:

### NATURE OF THE ACTION

1. Blueprint Healthcare is a leading advisory firm focused on seniors housing and healthcare real estate. In March of 2018, Safanad solicited Blueprint Healthcare to perform advisory services concerning the sale of Safanad's portfolio of eleven (11) seniors housing facilities and skilled nursing communities located in Virginia and Pennsylvania (the "Safanad Portfolio"). At the time, Formation Capital, the minority owner of the portfolio, had expressed an interest in purchasing the assets for $80-85 million. Safanad requested that Blueprint Healthcare value the Safanad Portfolio and make a recommendation regarding whether Safanad should sell the portfolio to Formation Capital or go to market and seek a higher purchase price.

2. From March through May of 2018, Blueprint Healthcare completed a comprehensive financial analysis and presented a formal valuation of the portfolio. Based on Blueprint Healthcare's analysis, the parties executed an Exclusive Advisory Agreement pursuant to which Safanad granted Blueprint Healthcare the exclusive right to market and facilitate a sale of the Safanad Portfolio. Days after executing the Agreement, Blueprint Healthcare provided Safanad with a list of prospective purchasers that included the ultimate buyer – Vantage Point Capital, LLC ("Vantage Point") – as a Tier 1 prospect. Blueprint Healthcare then spent the following month developing the Offering Materials as required by the Agreement.

3. Utilizing Blueprint Healthcare's valuation and the Offering Materials, Safanad and/or Formation Capital initiated negotiations directly with and ultimately sold the Safanad Portfolio to Vantage Point Capital for $116 million. Although Safanad repeatedly consulted with Blueprint Healthcare regarding the sale to Vantage Point, Safanad has now refused to meet its obligations under the Agreement and refused to pay the Commission earned by Blueprint Healthcare, thereby giving rise to this litigation.

## THE PARTIES

4. Blueprint Healthcare Real Estate Advisors, LLC is a Delaware limited liability corporation, with its principal place of business in Chicago, Illinois.

5. Safanad Senior Care Investment Partnership V, L.P. is a Delaware limited partnership, operating out of New York, with offices in New York, Dubai, and London.

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Venue is proper in this Court under 28 U.S.C. § 1391 because Safanad conducts business here and is subject to personal jurisdiction in this district. Venue is also proper because the contract, which is the subject of this litigation, was negotiated and made in this district and is governed by the laws of the state of Illinois.

**FACTS COMMON TO ALL COUNTS**

8. Blueprint Healthcare is a boutique investment advisory firm specializing in seniors housing and skilled nursing facilities. Blueprint Healthcare is the market leader in facilitating skilled nursing real estate transactions.

9. Safanad is a portfolio company of a private equity firm specializing in middle market, later stage, turnaround, industry consolidation, recapitalization, buyout and growth capital investments.

10. As of March 2018, Safanad (majority owner) and Formation Capital (minority owner) were partners in a joint venture (the "Safanad / Formation Joint Venture") that owned the Safanad Portfolio, comprised of eleven (11) seniors housing communities and skilled nursing facilities located in Virginia and Pennsylvania.

11. At the time, the Safanad Portfolio were and continue to be leased to and operated by Consulate EV Master Tenant, LLC d/b/a Consulate Healthcare ("Consulate"). On information and belief, Formation Capital is the majority owner of Consulate.

12. In or before March of 2018, Safanad, on behalf of the Safanad / Formation Joint Venture, solicited Blueprint Healthcare to become a financial advisor in connection with Safanad's potential sale of the Safanad Portfolio. At or about that time, Safanad disclosed to Blueprint Healthcare that its business partner, Formation Capital, had expressed an interest in purchasing the Safanad Portfolio for $80,000,000.00 to $85,000,000.00. Safanad asked Blueprint

Healthcare to evaluate the market, including Formation Capital's offer, to determine the appropriate sale price for the portfolio. Safanad asked Blueprint Healthcare to maximize the value of the Safanad Portfolio and expressly stated that they would run the transaction.

13. On March 18, 2018, Safanad and Blueprint Healthcare executed a Confidentiality Agreement pursuant to which Safanad disclosed to Blueprint Healthcare financial and business information related to the Safanad Portfolio.

14. From March 18, 2018 through May 23, 2018, Safanad provided Blueprint Healthcare with documents related to the Safanad Portfolio, including the 2015 – 2018 financial statements, evidence of debts, records related to Medicaid, census records, engineering and environmental reports, and historical valuations, among many other documents (the "Analysis Period").

15. The purpose of the Analysis Period was for Blueprint Healthcare to analyze the financial information and provide a valuation of the Safanad Portfolio to be used to market the Safanad Portfolio.

16. Blueprint Healthcare dedicated substantial personnel and resources to review the financial information and calculate the valuation for the Safanad Portfolio during the Analysis Period.

17. Upon information and belief, at some point during this timeframe, Formation Capital became aware that Blueprint Healthcare was conducting due diligence and preparing a valuation of the Safanad Portfolio for the marketing and sale of the portfolio.

18. Prior to May 23, 2018, Blueprint Healthcare provided Safanad with a formal written valuation of the Safanad Portfolio, concluding that the market value of the portfolio

could be as much as $130,000,000.00, considerably more than the amount discussed with Formation Capital.

*Blueprint Healthcare and Safanad Execute an Exclusive Agreement*
*Regarding the Sale of the Safanad Portfolio*

19. Based upon the due diligence performed and the valuation provided by Blueprint Healthcare, effective May 23, 2018, Safanad and Blueprint Healthcare executed an Exclusive Advisory Agreement granting Blueprint Healthcare an exclusive agency to sell the Safanad Portfolio (the "Exclusive Agreement"). A copy of the Exclusive Agreement is attached hereto as **Exhibit A**.

20. The Exclusive Agreement provides, among other things, that:

   a. Blueprint Healthcare was engaged as Safanad's "exclusive broker for the sale of one or more of the [Senior Care] Properties during the Term;"

   b. The 'Term' of the agreement was one hundred and twenty (120) days unless extended;

   c. Blueprint Healthcare shall prepare 'Offering Materials' related to the potential sale of the portfolio;

   d. Safanad shall "promptly refer all inquiries to" Blueprint Healthcare;

   e. If the Safanad Portfolio were sold to Formation Capital or an affiliated entity, Blueprint Healthcare "shall be paid a Commission equal to one half of one percent (0.50%) of the Purchase Price;"

   f. Blueprint Healthcare shall be paid a Commission equal to one percent (1.0%) of the Purchase Price for any sale that occurs during the Term or within ninety (90) days after the Term to a Registered Prospect; and

   g. The Term of the Agreement shall be extended if a letter of intent or a contract for the sale of the Safanad Portfolio is executed by all necessary parties.

21. On June 1, 2018, Blueprint Healthcare sent a letter to Safanad identifying the "Initial Target Prospect List" for the Safanad Portfolio. The Initial Target Prospect List identified

several Tier 1 and Tier 2 prospects, including (as a Tier 1 prospect) the ultimate buyer of the Safanad Portfolio, Vantage Point.

22. During the Analysis Period, between June 5 and June 21, 2018, Blueprint Healthcare dedicated substantial personnel and resources to prepare the Offering Materials, which included an underwriting model with pro formas, three (3) versions of draft Offering Memoranda, a link to a fully developed website related to the offering, a transaction timeline and a case study.

23. Upon tendering the marketing material, Blueprint Healthcare advised Safanad that it was waiting approval from Safanad to begin marketing the Safanad Portfolio, as required under the Exclusive Agreement.

### *The Vantage LOI Tolls the Term of Agreement*

24. Upon information and belief, sometime between June 21 and July 20, 2018, Safanad, Formation Capital or Vantage Point initiated discussions regarding Vantage Point purchasing the Safanad Portfolio. Blueprint Healthcare was not aware of these discussions, and Safanad did not refer Vantage Point to Blueprint Healthcare as required under the Exclusive Agreement.

25. On or about July 23, 2018, Vantage Point executed a Letter of Intent to purchase the Safanad Portfolio for a total purchase price of $115,000,000.00 (the "Vantage LOI").

26. On or about this same time, Safanad made Blueprint Healthcare aware of the negotiations with Vantage Point.

27. On information and belief, Vantage Point relied upon or was provided information regarding the Offering Materials prepared by Blueprint Healthcare, including but not

limited to Blueprint Healthcare's determination that the value of the portfolio exceeded $120,000,000.00, to determine its offering purchase price for the Safanad Portfolio.

28. The potential sale to Vantage Point was particularly attractive to Formation Capital because the transaction permitted Consulate Healthcare to remain as the tenant and operator of the Safanad Portfolio post-closing.

29. Pursuant to Section 10, the Term of the Exclusive Agreement was automatically tolled immediately upon execution of the Vantage LOI.

*The Extension Agreement Lacks Consideration*

30. From July 23, 2018 through October of 2018, Safanad and Vantage Point negotiated and drafted the Purchase and Sale Agreement concerning Vantage Point's acquisition of the Safanad Portfolio (the "Vantage PSA").

31. During this time period, at its own election, Safanad acted as the primary negotiator with Vantage Point, while regularly consulting with Blueprint Healthcare regarding the business terms of the transaction. By not referring Vantage Point to Blueprint Healthcare as required under Section 3.4 of the Exclusive Agreement and by acting as the primary negotiator, Safanad circumvented Blueprint Healthcare's ability to engage directly and 'deal with' Vantage Point as contemplated in Section 3.7 of the Agreement.

32. Despite the automatic tolling of the Term of the Agreement caused by the Vantage LOI, on September 24, 2018, the parties executed a Reinstatement and Extension Agreement extending the Term of the Exclusive Agreement through December 31, 2018 in recognition of Blueprint Healthcare's exclusive right to complete the transaction with Vantage Point (the "Extension Agreement"). A copy of the Extension Agreement is attached hereto as **Exhibit B**.

33. The Extension Agreement purported to modify and reduce the Commission due to Blueprint Healthcare under the Agreement "to equal one half of one percent (0.50%) of the Purchase Price."

34. Blueprint Healthcare did not receive any consideration for the Extension Agreement and/or the reduced Commission.

### *Safanad Sold the Safanad Portfolio to Vantage Point*

35. On October 4, 2018, Safanad executed a Purchase and Sale Agreement (the "Vantage PSA") to sell the Safanad Portfolio to Vantage Point for a purchase price of $116,000,000.00 (the "Vantage Sale"). Closing was initially set for December 1, 2018.

36. Subsequent to receiving the Vantage PSA, Blueprint Healthcare remained in regular communication with Safanad concerning the Vantage Sale.

37. The Vantage Sale closed on March 8, 2019.

38. Despite repeated demands, as of the date of this filing, Safanad has refused to pay Blueprint Healthcare's Commission for the Vantage Sale, as required under the Exclusive Agreement or its Extension Agreement.

39. Blueprint Healthcare has been damaged, and continues to accrue damage, as a direct and proximate result of Safanad's refusal to pay Blueprint Healthcare's Commission.

### CAUSES OF ACTION

### COUNT I
### *Breach of Contract*

40. Blueprint Healthcare re-alleges and incorporates by reference Paragraphs 1 through 39 as though they were fully set forth herein.

41. The Exclusive Agreement constitutes a valid and enforceable contract.

42. The Term of the Exclusive Agreement was tolled when the Vantage LOI was executed in July 2018.

43. On October 4, 2018, Safanad executed a Purchase and Sale agreement to sell the Seniors Care Portfolio to Vantage for a purchase price of $116,000,000.00.

44. The Vantage Sale closed on March 8, 2019, during the tolling period extension of the Term under the Exclusive Agreement.

45. At all relevant times, Blueprint Healthcare performed its obligations under the terms of the Exclusive Agreement, or its obligations were excused by virtue of Safanad's actions.

46. Safanad has materially breached the express terms of the Exclusive Agreement and its implied covenant of good faith and fair dealing by failing and refusing to pay Blueprint Healthcare's Commission, as provided in the Exclusive Agreement.

47. As a direct and proximate result of Safanad's breach, Blueprint Healthcare has suffered and will continue to suffer damages.

WHEREFORE, Plaintiff, BLUEPRINT HEALTHCARE REAL ESTATE ADVISORS, LLC prays this Honorable Court:

   i. Enter judgment in its favor of Plaintiff, BLUEPRINT HEALTHCARE REAL ESTATE ADVISORS, LLC, and against Defendant, SAFANAD SENIOR CARE INVESTMENT PARTNERSHIP V, L.P.;

   ii. Award damages in the amount of $1,160,000.00 or such other amount to be determined at trial, together with penalties and pre-judgment interest on that amount as allowed by Illinois law;

   iii. Award attorneys' fees and costs; and

   iv. Grant such further relief as this Honorable Court deems just and proper.

## COUNT II
### *Unjust Enrichment (in the Alternative)*

48. Blueprint Healthcare re-alleges and incorporates by reference Paragraphs 1 through 39 as though they were fully set forth herein.

49. Blueprint Healthcare identified Vantage Point as a potential purchaser, spent considerable time to assess and value the Safanad Portfolio and provided its work product to Safanad.

50. Safanad used Blueprint Healthcare's work product and relied on Blueprint Healthcare's business knowledge and expertise during the negotiations with Vantage Point. Blueprint Healthcare's work product, business knowledge and expertise was the primary cause of Safanad obtaining a contract with Vantage at a sale price of $116,000,000.00 as opposed to the initially suggested price of $80-85,000,000.00.

51. Safanad unjustly retained a benefit to Blueprint Healthcare's detriment, and Safanad's retention of the benefit violates fundamental principles of justice, equity, and good conscience.

52. Safanad's unjust enrichment amounts to $1,160,000.00.

53. As a result of the sale of the Safanad Portfolio sale to Vantage Point, Blueprint Healthcare has sustained damages.

WHEREFORE, Plaintiff, BLUEPRINT HEALTHCARE REAL ESTATE ADVISORS, LLC, prays this Honorable Court:

    i. Enter judgment in its favor of Plaintiff, BLUEPRINT HEALTHCARE REAL ESTATE ADVISORS, LLC, and against Defendant, SAFANAD SENIOR CARE INVESTMENT PARTNERSHIP V, L.P.;

    ii. Award damages of $1,160,000.00, or such other amount to be determined at trial, together with penalties and pre-judgment interest on that amount as allowed by Illinois law;

  iii. Award attorneys, fees and costs; and

  iv. Grant such further relief as this Honorable Court deems just and proper.


Dated: March 21, 2019       Respectfully submitted,

                BLUEPRINT HEALTHCARE REAL ESTATE ADVISORS, LLC,

                By: /s/ Margaret A. Gisch
                    One of Its Attorneys


Margaret A. Gisch, Esq. (#6204431)
Matthew C. Wasserman, Esq. (#6287638)
M. Elysia Baker, Esq. (#6308530)
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602
(312) 263-2300
magish@gct.law
mcwasserman@gct.law
mebaker@gct.law